| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |
|---|---|

| | |
|---|---|
| ACE EUROPEAN GROUP LIMITED, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:06-CV-450 |
| § | |
| KRYSTAL SCOTT WEST, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on January 23, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion for partial summary judgment. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. Plaintiff's motion for partial summary judgment is **GRANTED**.

SIGNED at Beaumont, Texas, this 8th day of August, 2007.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE